

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00443-CV

**IN THE INTEREST OF J.J.H.**, a Child

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01604
Honorable Susan D. Reed, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION. It is ordered that no costs be assessed against appellant in relation to this appeal.

SIGNED December 22, 2021.

_____
Rebeca C. Martinez, Chief Justice